|   |                                                          |                               |
|---|----------------------------------------------------------|-------------------------------|
| 1 | UNITED STATES DISTRICT COURT                             |                               |
| 2 | DISTRICT OF NEVADA                                       |                               |
| 3 | JESUS CHAVEZ,                                            | Case No. 2:19-cv-00975-APG-NJK |
| 4 | Plaintiff                                                | ORDER                         |
| 5 | v.                                                       |                               |
| 6 | NEVADA DEPARTMENT OF CORRECTIONS, et. al.,               |                               |
| 7 |                                                          |                               |
| 8 | Defendants                                               |                               |

Plaintiff Jesus Chavez is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"). He has filed a motion for a preliminary injunction. ECF No. 1-1. Chavez has not filed a complaint or an application to proceed *in forma pauperis*.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. Therefore, I grant Chavez 30 days from the date of this order to submit a complaint.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, if a plaintiff has not paid the filing fee, the plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Chavez is granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If he chooses to file an application to proceed *in forma pauperis*, he must file a fully complete application to proceed in *forma pauperis*, including both an inmate account statement for the past six months and a properly executed financial certificate.

IT IS ORDERED that the Clerk of the Court WILL SEND plaintiff Jesus Chavez the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within 30 days from the date of this order, Chavez must either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with

complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that Chavez must submit a complaint to this Court within 30 days from the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Chavez the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

IT IS FURTHER ORDERED that if Chavez does not timely comply with this order, dismissal of this action may result.

DATED THIS 8th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE